[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 17, 2002
THOMAS K. KAHN
CLERK

_____

No. 02-10058
Non-Argument Calendar

_____

D. C. Docket No. 01-2608-CIV-DLG

TIMOTHY MCCULLOCH, individually and on
behalf of all others similarly situated,

Plaintiff,

ROSIE BOLTON, BRENDA
WATTS BROWN, et al.,

Plaintiffs-Appellants,

versus

PNC BANK INC., a foreign corporation,
BAC INC., a Florida corporation, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(July 17, 2002)**

Before ANDERSON, CARNES and HULL, Circuit Judges.

PER CURIAM:

We affirm the district court's dismissal of plaintiff's complaint for the reasons set out in the district court's opinion dated October 19, 2001, which is attached as an Appendix.

AFFIRMED.[1]

_____

[1] Appellant's other arguments on appeal are rejected without need for discussion. Appellee's request for oral argument is denied.